JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| OSCAR ORTEGA, an individual, | Case No. 5:23-cv-01673-DSF-SHK |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| ALLSTATE NORTHBROOK INDEMNITY COMPANY, an Illinois corporation; ALLSTATE INSURANCE COMPANY OF CALIFORNIA, a California corporation; and DOES 1 through 50, inclusive, | Trial Date: November 5, 2024 |
| | The Hon. Dale S. Fischer Courtroom 7D |
| Defendants. | |

IT IS ORDERED that, pursuant to the parties' signed Stipulation and for good cause shown, this action is hereby dismissed in its entirety, with prejudice, as to all parties and all causes of action.

IT IS FURTHER ORDERED that each side bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 23, 2024

DALE S. FISCHER
U.S. DISTRICT JUDGE

-1-